IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00453–REB–KMT


COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

      Plaintiff,

v.

ROCKY MOUNTAIN CONSTRUCTION COMPANY, LLC, a Colorado limited liability
company,
ANTHONY K. FLORES,
FORTINO FLORES,
DAVID STILES, and
BRENDA STILES, citizens of the State Colorado,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Leave to File Amended Complaint for Declaratory Judgment"
(Doc. No. 16, filed May 7, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2).  Plaintiff
shall file its Amended Complaint for Declaratory Judgment no later that May 8, 2012.

Dated: May 7, 2012