**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00453-REB-KMT

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
ANTHONY K. FLORES,
FORTINO FLORES,
DAVID STILES, and
BRENDA STILES, citizens of the State of Colorado,

    Defendants/Counter-Claimants/Third-Party Plaintiffs,

v.

COUNTRY FINANCIAL,
COUNTRY INSURANCE AND FINANCIAL SERVICES,
CC SERVICES, INC.,
JOSHUA HARTMAN, and
BRANDON AVERY,

    Third-Party Defendants.

---

**ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANTS
COUNTRY FINANCIAL, COUNTRY INSURANCE AND FINANCIAL SERVICES AND
CC SERVICES, INC., ONLY**

---

**Blackburn, J.**

    The matter is before the court on the **Notice of Dismissal of Defendants/Third-Party Plaintiffs' Claims Against Third-Party Defendants Country Financial, Country Insurance and Financial Services, and CC Services, Inc.** [#55][1] filed September 4, 2012. After reviewing the notice and the record, I conclude that the notice

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

should be approved and that defendants'/third-party plaintiffs' claims against third-party defendants Country Financial, Country Insurance and Financial Services, and CC Services, Inc. should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Defendants/Third-Party Plaintiffs' Claims Against Third-Party Defendants Country Financial, Country Insurance and Financial Services, and CC Services, Inc.** [#55] filed September 4, 2012, is **APPROVED**;

2. That defendants'/third-party plaintiffs' claims against third-party defendants Country Financial, Country Insurance and Financial Services, and CC Services, Inc. are **DISMISSED**; and

3. That third-party defendants Country Financial, Country Insurance and Financial Services, and CC Services, Inc. are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated September 5, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge