IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00453–REB–KMT

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
ANTHONY K. FLORES,
FORTINO FLORES,
DAVID STILES, and
BRENDA STILES, citizens of the State Colorado,

    Defendants/Third-Party Plaintiffs,

v.

JOSHUA HARTMAN, and
BRANDON AVERY,

    Third-Party Defendants.

**ORDER**

This matter is before the court on "Defendants' Unopposed Motion to Withdraw Motion to Compel and Request for Extension of Expert Disclosure Deadlines" [Doc. No. 96] and on "Country Mutual Insurance Company's Notice to Withdraw Motion for Protective Order Without Prejudice" [Doc. No. 98].

The parties have advised the court that the issues raised in the previously filed "Defendants Motion to Compel [Doc. No. 75] and the Plaintiff's "Motion for Protective Order" [Doc. 78] have been resolved without intervention from the court.  Both sides have agreed to withdraw their respective motions and have requested that the court vacate the March 5, 2013 hearing.

It is therefore **ORDERED**

1. "Defendants' Unopposed Motion to Withdraw Motion to Compel and Request for Extension of Expert Disclosure Deadlines" [Doc. No. 96] is **GRANTED** and the "Defendants Motion to Compel [Doc. No. 75] is **WITHDRAWN**.

2. Pursuant to the Notice from Plaintiff as set forth above, Plaintiff's "Motion for Protective Order" [Doc. 78] is **WITHDRAWN**.

3. The Motion Hearing set for March 5, 2013 at 1:30 p.m. is **VACATED**.

4. The following modifications to Section 9(e)(3) and (4) of the Scheduling Order [Doc. No. 69] are approved by the court:

    3. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 4, 2013.**
    4. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 19, 2013.**

5. The following dates in the Scheduling Order are **NOT** modified and remain as previously set:

| | |
|---|---|
| Fact Discovery Deadline | April 30, 2013 |
| Dispositive Motions Deadline | May 30, 2013 |
| Final Pretrial/Trial Prep Conference | September 20, 2013 at 3:00 p.m. |
| Jury Trial | October 7, 2013 |

Dated this 5th day of March, 2013.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge