**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00453-REB-KMT

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
ANTHONY K. FLORES,
FORTINO FLORES,
DAVID STILES, and
BRENDA STILES, citizens of the State of Colorado,

    Defendants/Counter-Claimants/Third-Party Plaintiffs,

v.

JOSHUA HARTMAN, and
BRANDON AVERY,

    Third-Party Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Plaintiff Country Mutual Insurance Company's Motion For Leave To Exceed Page Limitations of REB Civil Practice Standards** [*sic*] **IV.B.2** [#114] filed July 22, 2013.   The motion is **GRANTED**.  Plaintiff's combine first and second motions for summary judgment is forty (40) total pages.  The limit for plaintiff's combined first and second replies in support of its motion for summary judgment is twenty (20) pages.

    Dated:  July 22, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.