**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00453-REB-KMT

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
ANTHONY K. FLORES,
FORTINO FLORES,
DAVID STILES, and
BRENDA STILES, citizens of the State of Colorado,

    Defendants/Counter-Claimants/Third-Party Plaintiffs,

v.

JOSHUA HARTMAN, and
BRANDON AVERY,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO
THIRD-PARTY DEFENDANT, BRANDON AVERY, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal of Third Party Defendant Brandon Avery Without Prejudice** [#119][1] filed August 2, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that the claims of the defendants/counter-claimants/third-party plaintiffs against third-party defendant, Brandon Avery, should be dismissed without prejudice.

---

[1] "[#119]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Third Party Defendant Brandon Avery Without Prejudice** [#119] filed August 2, 2013, is **APPROVED**;

2. That the claims of the defendants/counter-claimants/third-party plaintiffs against third-party defendant, Brandon Avery, are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That third-party defendant, Brandon Avery, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 2, 2013, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge